UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DIANA ADAME, et al.,<br>Plaintiffs,<br>v.<br>FAMILY HEALTH CENTERS OF SAN DIEGO, et al.,<br>Defendants. | Case No.: 26cv3099-LL-JAC<br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS AND UNSEAL RELATORS' COMPLAINT**<br>[ECF No. 5] |

On September 28, 2026, the United States filed a notice of intervention for the purpose of dismissal and a Motion to Dismiss and Unseal the Complaint pursuant to 31 U.S.C. §§ 3730(b)(2), (b)(4)(A), and (c)(2)(A) of the False Claims Act ("FCA") and Federal Rule of Civil Procedure 41(a). ECF No. 5. The Court subsequently set a briefing schedule on the Motion to Dismiss, ordering any opposition to be filed by October 19, 2026. ECF No. 6; *see United States ex rel. Doe v. Credit Suisse AG*, 117 F.4th 155, 162 (4th Cir. 2024) (finding written briefs satisfy the "hearing" requirement of 31 U.S.C. § 3730(c)(2)(A)). No opposition was filed or served on the United States. ECF No. 7.

/ / /

"The Government may move to dismiss an FCA action under Subparagraph (2)(A) whenever it has intervened—whether during the seal period or later on." *United States, ex rel. Polansky v. Exec. Health Res., Inc.*, 599 U.S. 419, 438 (2023). "The applicable standards for deciding such a motion are those set out in Federal Rule 41." *Id.* at 438–39. Rule 41 of the Federal Rules of Civil Procedure states that a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Because the United States intervened and moved to dismiss this matter prior to the filing of an answer or motion for summary judgment by Defendants, and Relators have not opposed, the Court **GRANTS** the United States' Motion to Dismiss. *See id.*; *United States, ex rel. Polansky*, 599 U.S. at 435 ("If the defendant has not yet served an answer or summary-judgment motion, the plaintiff need only file a notice of dismissal."); *see also* 31 U.S.C. § 3730(c)(2)(A). This action is **DISMISSED WITH PREJUDICE** as to Relators and without prejudice as to the United States.

Additionally, the Court **ORDERS** the seal to be lifted from the Relators' complaint, all filings to date, this Order, and any subsequent filings. *See United States v. Creekside Hospice II, LLC*, No. 213CV00167APGPAL, 2015 WL 9581743, at *7 (D. Nev. Dec. 30, 2015) ("The FCA contemplates lifting the seal on the Relator's complaint once the government has decided whether or not to intervene.").

The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

Dated: November 4, 2026

Honorable Linda Lopez
United States District Judge