# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-3099-LL-JAC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is DISMISSED WITH PREJUDICE as to Relators and without prejudice as to the United States. This case is hereby closed.

**Date:** 11/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-3099-LL-JAC

Plaintiff:
Diana Adame, Ex Rel.;
Luz Maria Boyd, Ex Rel.;
Penelope Malone, Ex Rel.;.
Scott Malone, Ex Rel.;
Kimberly Rodriguez, Ex Rel.;
Gary Bishop, Ex Rel.;
Viet Nguyen, Ex Rel.;
Monica Lopez, Ex Rel.

Defendants:
Family Health Centers of San Diego;
San Ysidro Health;
Neighborhood Healthcare;
Vista Community Clinic;
TrueCare;
Planned Parenthood of San Diego;
Opsam Health;
Community Health Systems, Inc.;
Mid-City Community Clinic;
Does 1-200;

Miscellaneous Party:
United States of America